UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

NORTHWOOD UNIVERSITY,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-7198

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, NORTHWOOD UNIVERSITY, without prejudice and without fees and costs.

Dated: New York, New York
       February 20, 2025

                                            **GOTTLIEB & ASSOCIATES PLLC**

                                            _/s/Michael A. LaBollita, Esq._

                                            Michael A. LaBollita, Esq., (ML-9985)
                                            150 East 18th Street, Suite PHR
                                            New York, NY 10003
                                            Phone: (212) 228-9795
                                            Fax: (212) 982-6284
                                            Michael@Gottlieb.legal

                                            _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge